```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,      )
                               )   No. CR-12-120-RMP-5
               Plaintiff,      )
                               )   ORDER DENYING MOTION TO
v.                             )   MODIFY CONDITIONS OF
                               )   RELEASE, INTER ALIA
JUAN ALBERTO SILVA-TELLEZ,     )
                               )   ☑ ECF No 137 DENIED
               Defendant.      )
                               )
```

At the February 21, 2013, hearing on Defendant's Motion to Modify (ECF No. 137), Defendant appeared with counsel George Trejo; Assistant U.S. Attorney Matt Duggan represented the United States.

The court, having considered the proffers of Defendant and Plaintiff, finds defendant is in compliance with the conditions of release.

The motion to remove electronic monitoring is DENIED with leave to renew. However, Pretrial Services is given the discretion to relax Mr. Silva's curfew as needed.

Dated: February 27, 2013


                         s/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE








ORDER - 1